PROB 12C
(6/16)

Report Date: November 9, 2016

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Abel Santos Campos          Case Number: 0980 1:16CR02012-TOR-1

Address of Offender: ███████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Rodney S. Webb, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: November 30, 2001

Original Offense:     Possession with Intent to Distribute Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1)

Original Sentence:    Prison 188 months; TSR - 48 months          Type of Supervision: Supervised Release

Asst. U.S. Attorney:  Thomas Hanlon          Date Supervision Commenced: February 22, 2016

Defense Attorney:     Unassigned              Date Supervision Expires: February 21, 2020

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On October 18, 2016, Mr. Campos provided a urinalysis sample which yielded a presumptive positive for cocaine and opiates.

On October 18, 2016, Mr. Campos reported to the probation office. A urinalysis sample was collected which yielded a presumptive positive for cocaine and opiates. Mr. Campos admitted to using cocaine and signed a drug use admission form. He stated he had a prescription for cough medication with codeine and provided proof of a valid prescription. The urinalysis sample was sent to the lab for verification and return confirmed.

Prob12C
**Re: Campos, Abel Santos**
**November 9, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/Jonathan G. Barcom
  ───────────────────────────
  November 9, 2016
  ───────────────────────────

  Jonathan G Barcom
  U.S. Probation Officer

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

  *Thomas O. Rice*
  ───────────────────────────
  Signature of Judicial Officer

  January 12, 2017
  ───────────────────────────
  Date