PROB 12C
(6/16)

Report Date: February 13, 2018

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Abel Santos Campos     Case Number: 0980 1:16CR02012-TOR-1

Address of Offender:     Wapato, Washington 98951

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: November 30, 2001

Original Offense:     Possession with Intent to Distribute Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1)

Original Sentence:     Prison - 188 months;     Type of Supervision: Supervised Release
TSR - 48 months

Asst. U.S. Attorney:     TBD     Date Supervision Commenced: February 22, 2016

Defense Attorney:     TBD     Date Supervision Expires: February 21, 2020

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about January 26, 2018, Mr. Campos consumed cocaine.

A request to modify Mr. Campos' conditions was reviewed with him on July 12, 2016. He signed a waiver of hearing to modify conditions acknowledging an understanding of his conditions which includes special condition number 15, as noted above. The Court accepted the modification to Mr. Campos' conditions on July 12, 2016.

On January 26, 2018, Mr. Campos reported to the United States Probation Office. A urinalysis (UA) sample was collected which yielded a presumptive positive result for cocaine. Mr. Campos denied using cocaine on this date. The UA sample was sent to Alere Toxicology (Alere) for verification. On February 1, 2018, Alere reported the sample as confirmed positive for cocaine. On February 7, 2018, Mr. Campos admitted to using cocaine on or about January 26, 2018, and signed a drug use admission form.

Prob12C
**Re: Campos, Abel Santos**
**February 13, 2018**
**Page 2**

    2    **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: On or about February 3, 2018, Mr. Campos consumed methamphetamine.

        A request to modify Mr. Campos' conditions was reviewed with him on July 12, 2016. He signed a waiver of hearing to modify conditions acknowledging an understanding of his conditions which includes special condition number 15, as noted above. The Court accepted the modification to Mr. Campos' conditions on July 12, 2016.

        On February 7, 2018, Mr. Campos reported to the United States Probation Office. A UA sample was collected which yielded a presumptive positive result for methamphetamine. Mr. Campos admitted to using methamphetamine on or about February 3, 2018 and signed a drug use admission form.

    3    **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

        **Supporting Evidence**: On or about February 9, 2018, Mr. Campos left the Eastern District of Washington without permission from his supervising United States Probation Officer (USPO).

        Mr. Campos' conditions were reviewed with him on February 23, 2016. He signed his conditions of supervision acknowledging an understanding of his conditions which includes special condition number 1, as noted above.

        On February 11, 2018, the undersigned received a voicemail from a Montana State trooper who advised he completed a traffic stop on Mr. Campos on February 10, 2018.

        On February 11, 2018, the undersigned called Mr. Campos. His wife answered the phone and confirmed they both were in Montana. Mr. Campos' wife stated they left the district without permission to visit Mr. Campos' sick child in Fargo, North Dakota.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 13, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

Prob12C
**Re: Campos, Abel Santos**
**February 13, 2018**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

_____
Signature of Judicial Officer

February 14, 2018
Date