# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: Abel Santos Campos | | Case Number: 0980 1:16CR02012-TOR-1 | |

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief United States District Judge

Date of Original Sentence: November 30, 2001

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 188 months; TSR - 48 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: February 22, 2016 | |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: February 21, 2020 | |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on February 13, 2018.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about February 17, 2018, Mr. Campos consumed methamphetamine.<br><br>A request to modify Mr. Campos' conditions was reviewed with him on July 12, 2016. He signed a waiver to modify conditions acknowledging an understanding of his conditions which includes special condition number 15, as noted above. The Court accepted the modification to Mr. Campos' conditions on July 12, 2016.<br><br>On February 23, 2018, Mr. Campos reported to the United States Probation office. During that visit a urinalysis sample was collected which yielded a negative result. However, when the undersigned questioned Mr. Campos as to when he consumed methamphetamine last, he stated on or about February 17, 2018. Mr. Campos signed a drug use admission form. |

     5     **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

          **Supporting Evidence**: On March 3, 2018, Mr. Campos was arrested by a Yakima County Sheriff's Deputy and charged with obstruction and resisting arrest.

          Mr. Campos' conditions were reviewed with him on February 23, 2016. He signed his conditions acknowledging an understanding of his conditions which includes mandatory condition number 2, as noted above.

          On March 5, 2018, the undersigned received a Yakima County Sheriff's Office (YCSO) report for incident number 18C03543; Yakima County District Court case number 8Z0344784. The report indicated Mr. Campos had interfered with a traffic stop that involved his brother and his brother's girlfriend. The report stated Mr. Campos became aggressive with deputies, which caused them to struggle with Mr. Campos and apply a tazer to the offender's person, twice. The report indicated Mr. Campos was transported to Yakima County Jail and booked for obstruction and resisting arrest. Mr. Campos was released on March 4, 2018.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on February 13, 2018.

          I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 23, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case currently scheduled for June 20, 2018 at 9:00 a.m..
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Thomas O. Rice_
Signature of Judicial Officer

March 23, 2018
Date