# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Abel Santos Campos | Case Number: 0980 1:16CR02012-TOR-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rodney S. Webb, Chief U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: November 30, 2001

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 188 months; TSR - 48 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: February 22, 2016 | |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: February 21, 2020 | |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 02/14/2018 and 03/23/2018.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about June 8, 2018, Mr. Campos consumed methamphetamine. |
| | A request to modify Mr. Campos' conditions was reviewed with him on July 12, 2016. He signed a waiver to modify conditions acknowledging an understanding of his conditions which includes special condition number 15, as noted above. The Court accepted the modification to Mr. Campos' conditions on July 12, 2016. |
| | On June 8, 2018, Mr. Campos reported to the United States Probation Office. During that visit, a urinalysis (UA) sample was collected which yielded a presumptive positive result for methamphetamine. The sample was sent to Alere Toxicology (Alere) for confirmation. Mr. Campos denied consuming methamphetamine. |

On June 13, 2018, Alere reported the UA sample collected on June 8, 2018, was confirmed positive for methamphetamine.

On June 20, 2018, Mr. Campos reported to the probation office. The undersigned confronted him about his methamphetamine use and he admitted he used methamphetamine on or about June 8, 2018 and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 12, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice

Signature of Judicial Officer
August 2, 2018
Date