PROB 12C
(6/16)

Report Date: August 22, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Abel Santos Campos        Case Number: 0980 1:16CR02012-TOR-1

Address of Offender:        Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Rodney S. Webb, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: November 30, 2001

| | | | |
|---|---|---|---|
| Original Offense: | Possession with intent to distribute methamphetamine, a Schedule II controlled substance, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 188 months; TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | February 22, 2016 |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: | February 21, 2020 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Abel Santos Campos is considered to be in violation of his supervised release after being cited on August 1, 2019, and charged with criminal trespassing second degree in Wapato Municipal Court, Wapato, Washington, case number 9Z0672131. |
| | On February 23, 2016, an officer from the U.S. Probation office in Yakima, Washington, reviewed the condition of supervision as outlined in the judgement and sentence from Northern District of North Dakota with Mr. Campos. |
| | The police report from the Wapato Police Department indicates while on patrol an officer was in the back of a business and observed a locked gate that was open and a semi truck running with its lights on. The officer observed a male exit the semi truck and go behind the truck. The male appeared to be trying to hide from the officer and after several directives the |

male, identified as Able Campos, came out from behind the truck. Mr. Campos said he argued with his wife and hitched a ride from Toppenish, Washington. He stated he was looking for a place to sleep and entered the truck. He said the gate was open and he just climbed into the truck to sleep.

The officer determined the truck had been reported stolen from Grandview, Washington.

Mr. Campos was cited for the offense and a hearing was scheduled on August 2, 2019. Mr. Campos failed to appear for the hearing which resulted in a bench warrant being issued on August 6, 2019. He then resolved the warrant on August 16, 2019, after posting bond. To date, a new hearing date has not been scheduled.

2  **Special Condition # 15**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Campos consumed methamphetamine on or about June 17, or 18, 2019.

A request to modify Mr. Campos' conditions was reviewed with him on July 12, 2016. He signed a waiver to modify conditions acknowledging an understanding of his conditions which includes special condition number 15, as noted above. The Court accepted the modification to Mr. Campos' conditions on July 12, 2016.

Mr. Campos provided a urine sample on June 20, 2019, which tested presumptive positive for amphetamine and methamphetamine. Mr. Campos verbally admitted to using methamphetamine on or about June 17 or 18, 2019. The sample was sent for further laboratory analysis and was confirmed positive for amphetamine and methamphetamine on June 21, 2019.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 22, 2019

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

August 22, 2019
Date