Report Date: December 23, 2019

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 23, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Abel Santos Campos   Case Number: 0980 1:16CR02012-TOR-1

Address of Offender:   Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Rodney S. Webb, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: November 30, 2001

Original Offense:   Possession With Intent to Distribute Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1)

Original Sentence:   Prison - 188 months;   Type of Supervision: Supervised Release
                     TSR - 48 months

Asst. U.S. Attorney:  Thomas J. Hanlon   Date Supervision Commenced: February 22, 2016

Defense Attorney:    Jennifer Rebecca Barnes   Date Supervision Expires: February 21, 2020

### PETITIONING THE COURT

To issue a warrant and incorporate the alleged violations into the violations previously reported to the court on August 22, 2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #15**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Campos is alleged to have consumed methamphetamine on or about December 16, 2019. |
| | A request to modify Mr. Campos' conditions was reviewed with him on July 12, 2016. He signed a waiver to modify conditions acknowledging an understanding of his conditions which includes special condition number 15, as noted above. The Court accepted the modification to Mr. Campos' conditions on July 12, 2016. |
| | Mr. Campos provided a urine sample on December 16, 2019, which tested presumptive positive for amphetamine and methamphetamine. Mr. Campos denied consuming any controlled substances. The sample was sent for further laboratory analysis and was confirmed positive for amphetamine and methamphetamine on December 20, 2019. |

| | |
|---|---|
| 4 | **Special Condition #14:** The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. The defendant shall contribute to the cost of treatment according to your ability to pay. The defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Campos is alleged to have been unsuccessfully discharged from substance about treatment on or about December 19, 2019.

A request to modify Mr. Campos' conditions was reviewed with him on July 12, 2016. He signed a waiver to modify conditions acknowledging an understanding of his conditions which includes special condition number 14, as noted above. The Court accepted the modification to Mr. Campos' conditions on July 12, 2016.

On December 20, 2019, this officer received a discharge summary from Comprehensive Health Care. According to the discharge summary; On December 17, 2019, Mr. Campos was informed by his counselor that if he misses one more group he would be discharged for excessive absences. Mr. Campos missed group on December 19, 2019, and he was discharged from substance abuse treatment at Comprehensive Health Care.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition. It is also recommended that the Court incorporate the alleged violations into the violations previously reported to the Court on August 22, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 23, 2019

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

December 23, 2019
Date